# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MARIA DE LA LUZ LIERA RUIZ,

       *Plaintiff*

       v.

CAROLYN W. COLVIN,

       *Defendant*

Civil Action No.  4:15-CV-5075-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 14) is DENIED.  Defendant's Motion for Summary Judgment (ECF No. 21) is GRANTED.  Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  John T. Rodgers  on motions for Summary Judgment (ECF Nos. 14 and 21).

Date:  June 2, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb